**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Joseph LESE, Defendant–Appellant.**

**No. 10–13823
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 24, 2011.

Judy K. Hunt, Adelaide G. Few, W. Stephen Muldrow, Robert E. O'Neill, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Andres Oliveros, Andres N. Oliveros, PA, Tampa, FL, Joseph Lese, FCI,

---

Schuylkill–Inmate Legal Mail, Minersville, PA, for Defendant–Appellant.

Before HULL, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Andres N. Oliveros, appointed counsel for Joseph Lese, has filed a second motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Lese's convictions and sentences are **AFFIRMED.**